**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

CARL G. NICHOLS and LIESE M. NICHOLS,

    Plaintiffs,

v.                                            Case No. 10-02072

GMAC HOME MORTGAGE CORPORATION
and MCCURDY & CANDLER, LLC,

    Defendants.
                                      /

**ORDER VACATING "ORDER OF REFERENCE"**

Defendant GMAC Mortgage, LLC's motion for sanctions [Dkt. # 26] was referred to Magistrate Judge Charmiane Claxton on February 21, 2012. After conducting an on-the-record hearing with counsel for the parties, the court will vacate the prior order of reference and contemporaneously enter an order resolving the motion. Accordingly,

IT IS ORDERED that the "Order of Reference" [Dkt. # 27] is VACATED.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: May 11, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 11, 2012, by electronic and/or ordinary mail.

                                            s/Lisa G. Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522