# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | |
|---|---|
| CARL G. NICHOLS, III, and wife, LIESE M. NICHOLS, )<br><br>Plaintiffs, )<br><br>v. )<br><br>GMAC HOME MORTGAGE CORPORATION, and MCCURDY & CANDLER, LLC, )<br><br>Defendants. ) | Case No. 2:10-cv-02072-STA-CGC<br><br>Removed from the Chancery Court of Shelby County, Tennessee<br>(Case No. CH-09-2311-1) |

## AGREED ORDER EXTENDING DEADLINE TO FILE SUPPLEMENTAL BRIEFS

It appearing to the Court, based on the Joint Motion For An Extension Of Time To File Supplemental Briefs filed by defendant, GMAC Mortgage, LLC ("GMAC"),[1] and plaintiffs, Carl G. Nichols, III and Liese M. Nichols (collectively "Plaintiffs"), and, for good cause shown, the Parties agree to extend the deadline for GMAC to file its supplemental brief up to and including May 15, 2013 and for Plaintiffs to file their supplemental brief up to and including May 22, 2013.

It is so ORDERED this 14th day of May, 2013.

s/Robert H. Cleland

ROBERT H. CLELAND
U.S. DISTRICT COURT JUDGE

---

[1] The case caption in the complaint filed in this action reflects that GMAC Home Mortgage Corporation is a named defendant, however, the body of the complaint identifies the defendant as GMAC Mortgage, LLC.

SUBMITTED FOR ENTRY BY:

By: */s/Ralph Gibson*
Ralph Gibson (No. 14861)
ralph@batemangibson.com
BATEMAN GIBSON, LLC
65 Union Avenue, Suite 1010
Memphis, Tennessee  38103
(901) 843-2463
*Attorney for Plaintiffs Carl G. Nichols and Liese M. Nichols*

By: */s/Christopher E. Thorsen*
Christopher E. Thorsen (No. 021049)
cthorsen@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2342
*Attorneys for Defendant GMAC Mortgage, LLC*